UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COANNE WILSHIRE,

                     Plaintiff,

       -v-

L & M DEVELOPMENT PARTNERS *et al.*,

                     Defendants.

20-CV-7998 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Upon review of the parties' letters at ECF Numbers 65 and 66, the Court concludes that the additional discovery sought by Plaintiff is unwarranted and not proportional to the needs of the case, particularly given that the discovery deadline has already been extended five times.

    In light of the parties' letter at ECF Number 67, the Court stays the deadline for dispositive motions to be filed for 90 days to allow the parties to participate in either mediation or a settlement conference.  The parties shall file a joint status letter on or by June 30, 2023.

    If the parties wish for the Court to refer this matter to a Magistrate Judge for settlement or to the Court-annexed Mediation Program, they shall file a request on or by March 30, 2023.

    SO ORDERED.

Dated: March 23, 2023
       New York, New York

                                            _____
                                                 J. PAUL OETKEN
                                               United States District Judge