UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COANNE WILSHIRE,

                        Plaintiff,          No. 20-CV-7998 (OTW)

           -against-          **ORDER**

L&M DEVELOPMENT PARTNERS, et al.

                        Defendants.

------------------------------------------------------------x

COANNE WILSHIRE,

                        Plaintiff,          No. 24-CV-1756 (UA/OTW)

           -against-

LEMLE & WOLFF INC., et al.

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The case *Wilshire v. Lemle & Wolff Inc. et al.*, No. 24-CV-1756 (UA/OTW) (the "2024 Case") has been designated as related to *Wilshire v. L&M Development Partners et al.*, No. 20-CV-7998 (OTW) (the "2020 Case").

The parties in the 2024 Case have filed what purports to be a form consenting to magistrate judge jurisdiction at ECF 5. However, no notice of appearance has been filed on

behalf of the Defendants. If <u>all parties</u> have in fact consented to magistrate judge jurisdiction, counsel for Defendants is directed to enter a notice of appearance or, in the alternative, file a letter informing the Court of the status of service on Defendants, by **April 26, 2024**.

**SO ORDERED.**

Dated: April 18, 2024
   New York, New York

_س/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge