UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COANNE WILSHIRE,

                      Plaintiff,              No. 20-CV-7998 (OTW)

         -against-                **ORDER**

L&M DEVELOPMENT PARTNERS, et al.

                      Defendants.
------------------------------------------------------------x

COANNE WILSHIRE,

                      Plaintiff,              No. 24-CV-1756 (OTW)

         -against-

LEMLE & WOLFF INC., et al.

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter motion filed in Case No. 24-cv-1756 (OTW) at Docket Entry 16. Defendants have requested a stay of both Case No. 24-cv-1756 (OTW) and Case No. 20-cv-7998 (OTW) pending the outcome of HUD conciliation.

It is hereby **ORDERED** that:

- Defendants shall file their letter motion requesting a stay of both actions in Case No. 20-cv-7998 (OTW) by **June 27, 2024**.

- Plaintiff shall file her opposition, if any, to Defendants' motion to stay (Case No. 24-cv-1756 (OTW), Docket Entry 16) by **July 12, 2024**.

- If, after meeting and conferring, the parties agree to a stay pending HUD conciliation, they shall inform the Court by **July 12, 2024**, and Plaintiff does not need to file any opposition papers.

Defendants are directed to serve a copy of this Order as well as their letter motion to stay on Plaintiff by **June 27, 2024**.

**SO ORDERED.**

Dated: June 25, 2024
      New York, New York

      *s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge