UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
COANNE WILSHIRE,

                        Plaintiff,                No. 20-CV-7998 (OTW)

         -against-                  **ORDER**

L&M DEVELOPMENT PARTNERS, et al.

                        Defendants.

------------------------------------------------------------x

COANNE WILSHIRE,

                        Plaintiff,                No. 24-CV-1756 (OTW)

         -against-

LEMLE & WOLFF INC., et al.

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 120, 121, and 122 in Case No. 20-cv-7998, and ECF 41 and 42 in Case No. 24-cv-1756, in which Plaintiff contests Defendants' representation that the HUD conciliation process is not yet complete.

Pursuant to the Court's July 31, 2024, Order, (ECF 117), Defendants are directed to file a status letter apprising the Court of any developments in the HUD conciliation process by **October 25, 2024.** If the HUD conciliation process is completed before the October 25, 2024, deadline, Defendants are directed to promptly notify the Court.

Defendants are further directed to serve a copy of this Order on Plaintiff by **October 14, 2024**.

**SO ORDERED.**

Dated: October 9, 2024  
      New York, New York

                                                          *s/ Ona T. Wang*  
                                                         **Ona T. Wang**  
                                                         United States Magistrate Judge