**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
COANNE WILSHIRE,

                    Plaintiff,

       -against-

L&M DEVELOPMENT PARTNERS, *et al*

                  Defendants.


------------------------------------------------------------------X
COANNE WILSHIRE,

                    Plaintiff,

       -against-

LEMLE & WOLFF INC., *et al*

                  Defendants.
------------------------------------------------------------------X

                   **20 Civ. No. 7998 (OTW)**

                   <u>**RESCHEDULING ORDER**</u>

                   **24 Civ. No. 1756 (OTW)**

                   <u>**RESCHEDULING ORDER**</u>

**GARY STEIN, United States Magistrate Judge:**

The Settlement Conference scheduled for **Friday, January 10, 2025** at **10:00 a.m.** is hereby adjourned to **Tuesday, February 25, 2025** at **10:00 a.m.** The parties are directed to appear in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* **settlement letters, which may be up to ten pages long, must be submitted to the Court no later than Tuesday, February 18, 2025.**

     **SO ORDERED.**

DATED:    New York, New York
           January 8, 2025

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge