UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
COANNE WILSHIRE, :
:
                            Plaintiff, : No. 20-CV-7998 (OTW)
:
       -against- : **ORDER**
:
L&M DEVELOPMENT PARTNERS, et al. :
:
                          Defendants. :
:
-------------------------------------------------------------x
:
COANNE WILSHIRE, :
:
                            Plaintiff, : No. 24-CV-1756 (OTW)
:
       -against- :
:
LEMLE & WOLFF INC., et al. :
:
                          Defendants. :
:
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 159, in which Plaintiff asks the Court to "intervene" with respect to supposed changes by Defendants to "the parking space rental process." (ECF 159).

On February 1, 2024, and again on November 6, 2024, the Court referred this case to Judge Gary Stein for settlement. (ECF 90, 130). If Plaintiff wishes, she may raise this and related issues during their settlement negotiations with Judge Stein.

Defendants are directed to serve a copy of this Order on Plaintiff by **January 22, 2025**.

**SO ORDERED.**

Dated: January 15, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge