**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

COANNE WILSHIRE,

Plaintiff,

-against-

L&M DEVELOPMENT PARTNERS, *et al.*,

Defendants.

---------------------------------------------------------------X

**20 Civ. No. 7998 (OTW)**

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**GARY STEIN, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Thursday, October 15, 2026 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. The parties are directed to submit *ex parte* settlement letters by **Thursday, October 8, 2026,** apprising the Court as to the specific areas of remaining disagreement concerning the settlement terms. Each letter is to be no more than 3 pages single spaced.

**SO ORDERED.**

DATED: New York, New York
September 23, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge