UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COANNE WILSHIRE,

Plaintiff,

-against-

L&M DEVELOPMENT PARTNERS *et al.*,

Defendants.

---

20-CV-7998 (OTW)

**ORDER OF DISMISSAL**

**ONA T. WANG**, United States Magistrate Judge**:**

The parties have advised the Court that this action has been settled. Accordingly, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days of the date of this Order if the settlement is not consummated. To be clear, any application to reopen **must** be filed **within sixty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

Any pending motions shall be terminated as moot, and all conferences shall be vacated *sine die*. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 26, 2026
New York, New York